IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON  DIVISION

United States Courts
Southern District of Texas
FILED

AUG 1 2 2005

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DOUGLAS KAYE | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CAUSE NO. **H · 05 - 2809** |
| | § | |
| | § | **JURY** |
| SYNTHES (USA) LP | § | |
| | § | |
| Defendant | | |

## DEFENDANT SYNTHES (USA) LP's NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant, Synthes (USA) LP, pursuant 28 U.S.C. § 1441(b) and 1446 and Local Rule 81.1,

hereby gives Notice of Removal of the case filed against it styled Cause No. 05-CV-143381; Douglas

Kaye vs. Synthes (USA) LP; In the 400th Judicial District Court of Fort Bend County, Texas, and

showing as grounds therefore and in support hereof respectfully shows the Court as follows:

**I.**

The entities that have ever been a party to the pending state Court action are as follows:

**Plaintiff:**     Douglas Kaye

**Status:**     Original Petition filed on July 18, 2005.  Request for Jury has not been made.

**Attorneys for Plaintiff:**     Andrew E.  Rubenstein
State Bar No.: 17360375
The Mallia Law Firm, P.C.
One Riverway, Suite 610
Houston, TX 77056
(713) 224-1100
(713) 222-7086 - Fax

# LIVINGSTON & LIVINGSTON

A TEXAS L.L.C.

Mr. Milby
August 8, 2005
Page 2

cc:    Andrew E. Rubenstein          ***Via CMRRR# 7004 1160 0002 8465 3230***
        The Mallia Law Firm, P.C.        ***and Regular Mail***
        One Riverway, Suite 610
        Houston, TX 77056

United States Courts
Southern District of Texas
FILED

AUG 1 2 2005

**H·05-2809**

DOCUMENTS BEING FILED WITH THE
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

Michael N. Milby, Clerk of Court

| 1. | **Defendant Synthes (USA) LP's Notice of Removal** | |
|----|----|----|
| 2. | **Plaintiff's Original Petition, cover sheet and receipt** | **(Filed 06/21/05)** |
| 3. | **Civil Process Request** | |
| 4. | **Citation documents** | |
| 5. | **Court's Docket Sheet** | |
| 6. | **Defendant's Original Answer** | **(Filed 08/08/05)** |
| 7. | **Attorney List** | |

TAB 1

**Defendants:**   Synthes (USA) LP

**Status:**        Claims Pending

**Attorney for Defendants:**   Deanna H. Livingston
State Bar No.: 12437800
Livingston & Livingston L.L.C.
1770 St. Place, Suite 100
Houston, Texas 77056-3405
(713) 783-6919
(713) 862-9587 - Fax

## II.

A copy of all process, pleadings that assert causes of action, answers to such pleading and orders received by the Synthes (USA) LP, are attached as Exhibit "A" hereto.

## III.

This notice is filed in accordance with the time requirements set out in 28 U.S.C. § 1446(b) and Rule 6 of the Federal Rules of Civil Procedure in that Defendant was served through a process server on July 18, 2005.

## IV.

By their petition, Plaintiff seeks relief under a variety of theories for an allegedly defective clavicle hook plate which was allegedly manufactured and\or marketed by Synthes (USA) LP. This court has jurisdiction pursuant to 28 U.S.C. § 1332 and 1441, in that no defendant is a citizen of Texas. Synthes (USA) LP, incorrectly named "Synthes (U.S.A.), L.P." in Plaintiff's Original Petition, the only named Defendant is a Delaware limited partnership whose business address is: 1302 Wrights Lane East, West Chester, Pennsylvania 19380. Thus, the only remaining defendant is not a citizen of Texas and jurisdiction exists through this diversity of citizenship.

*Page 2 of 3*

WHEREFORE PREMISES CONSIDERED, Defendant prays that this Court exercise jurisdiction over this action for all purposes, removal having hereby been properly effected.

Respectfully submitted,

**DEANNA H. LIVINGSTON**
Texas State Bar No. 12437800
1770 St. James Place, Suite 100
Houston, Texas 77056
(713) 783-6919
(713) 862-9587 Facsimile

**ATTORNEYS FOR DEFENDANT
SYNTHES (USA) LP**

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing pleading was duly served upon all parties or their counsel of record by facsimile transmission, by messenger or by placing same in the United States mail, postage prepaid, properly addressed to the counsel of record, on this August 12, 2005.

Andrew E. Rubenstein
The Mallia Law Firm, P.C.
One Riverway, Suite 610
Houston, TX 77056

*Via CMRRR# 7004 1160 0002 8465 3230
and Regular Mail*

**DEANNA H. LIVINGSTON**

TAB 2

NO. __05-CV-143381__

| | | |
|---|---|---|
| DOUGLAS KAYE | § | IN THE DISTRICT COURT OF |
| | § | |
| vs. | § | |
| | § | FORT BEND COUNTY, TEXAS |
| | § | |
| SYNTHES (U.S.A.), L.P. | § | 400 JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

COMES NOW, Douglas Kaye, hereinafter referred to as Plaintiff in the above entitled

and numbered cause, complaining of Synthes (U.S.A.), L.P., (herein after referred to as

Defendant "Synthes"), and for cause of action would respectfully show the court as follows:

### I.
### DISCOVERY CONTROL PLAN

1.     This case will be conducted under Level 3 of Tex.R.Civ.P. R. Civ. P. 190. The Plaintiffs

will file a proposed scheduling order with the Court listing dates for the designation of experts

and for establishing the Discovery Period.

### II.
### PARTIES AND VENUE

2.     Plaintiff, Douglas Kaye is an individual residing in Sugar Land, Fort Bend County,

Texas.

3.     Synthes (U.S.A.), L.P., is a Pennsylvania corporation. Synthes (U.S.A.), L.P., may be

served with process by serving its registered agent Corporation Service Company d/b/a CSC-

Lawyers Incorporating Service Company, 701 Brazos Street, Suite 1050, Austin, Texas 78701.

4.     Venue is proper in Fort Bend County, Texas because all or a substantial part of the cause

of action arose in Fort Bend County.

### III.
### FACTUAL ALLEGATIONS

5.     On March 2003 Doug had a skiing accident in Vermont, damaging his left shoulder and

crushing a lung. Mr. Kaye was taken to a Vermont hospital, where he remained hospitalized

until March 17, 2003, at which that point he was moved back to Texas. Mr. Kaye went to see

Dr. Tim Sitter, an orthopedic doctor, about his shoulder upon his arrival back into Texas. Mr. Kaye's clavicle was damaged enough that it required surgery. Because of the condition of his lung, the surgery for his shoulder had to wait 6 weeks in order for his lung to heal. During that time his clavicle caved in. Mr. Kaye had two surgeries performed on his left shoulder, during the second surgery a plate manufactured and sold by the known Defendant, Synthes' was put in to correct his calvicle. A representative of the Synthes, John Adams, was present during the surgery. Seven weeks later, with his doctors permission, Mr. Kaye was moving a refrigerator on wheels, and strained his shoulder. Mr. Kaye continued to feel pain in his shoulder the next day and obtained an x-ray, which revealed that the Synthes plate had broken. As a proximate and direct result, Mr. Kaye was forced to undergo a third surgery, where the plate was removed and replaced by a new plate. Another representative of Synthes was present during the third surgery.

## IV.
## NEGLIGENCE

6.     SYNTHES (U.S.A.), L.P., their agents, servants, and employees negligently designed, manufactured, and marketed the subject clavicle hook plate in question. SYNTHES (U.S.A.), L.P. knew or in the exercise of ordinary care, should have known of the existence of the dangerous condition of the subject clavicle hook plate and that there was the likelihood of someone being injured as happened to Plaintiff.

7.     SYNTHES (U.S.A.), L.P. was guilty of negligence in the following respects:

      a.     in the design, manufacture, and marketing of the subject clavicle hook plate which injured Douglas Kaye;

      b.     in failing to properly inspect or test the subject clavicle hook plate ;

      c.     in failing to adequately warn purchasers or users of the risk imposed by use of the subject clavicle hook plate ;

      d.     in selling dangerously defective equipment after the SYNTHES (U.S.A.), L.P. knew or should have known of the risks posed by the product to the public at large and the risks posed to Plaintiff; and

e.  in recommending and selecting the subject clavicle hook plate made the basis of this lawsuit for sale and distribution without providing any warning to the Plaintiff or public at large.

8.  Each of the foregoing negligent acts and omissions, whether taken singularly or in any combination, was a proximate cause of Plaintiff's injuries and damages which are described above.

## V.
## STRICT PRODUCT'S LIABILITY

9.  The subject clavicle hook plate made the basis of this lawsuit was unreasonably dangerous and was defective in such a manner as to pose an unreasonable risk or harm to its user. The defects in the subject clavicle hook plate was the producing cause of damages suffered by Plaintiff. Plaintiff brings this action pursuant § 402A of the Restatement (Second) of Torts. SYNTHES (U.S.A.), L.P. is strictly liable to Plaintiff for his damages. SYNTHES (U.S.A.), L.P.'s conduct as described herein was a producing and/or proximate cause of Plaintiff's damages.

## VI.
## DAMAGES

10.  As a direct and proximate result of SYNTHES (U.S.A.), L.P.'s conduct, Douglas Kaye has paid or incurred liability to pay the reasonable and necessary charges for his medical care and treatment, medical services, hospital and nursing services, supplies and medicine. Douglas Kaye has suffered severe anguish, pain, grief and sorrow as the result of his injuries and is likely to suffer the same into the future. In addition to the past damages above mentioned, Douglas Kaye will incur such damages into the indefinite future. Douglas Kaye has suffered damages in an amount within the jurisdictional limits of this Court.

11.  Upon the trial of this case, Plaintiff will show that the losses sustained by the Plaintiff were the proximate result and producing result of SYNTHES (U.S.A.), L.P.'s acts and omissions. Plaintiff will respectfully request the Court and jury to determine a sum of money for each

3

element that will fairly and reasonably compensate Plaintiff for the damages and losses incurred

in the past and to be incurred in the future.  Those elements of damages to be considered

separately and individually for the purpose of determining the sum of money that will fairly and

reasonably compensate Plaintiff for each element are as follows:

f.	the amount of reasonable and necessary medical expenses necessarily incurred in the treatment of Douglas Kaye in the past;

g.	the amount of reasonable and necessary medical expenses which Douglas Kaye will, in all likelihood, incur in the future;

h.	the emotional pain, torment and suffering experienced by Douglas Kaye in the past;

i.	the emotional pain, torment and suffering which, in all likelihood, Douglas Kaye will experience in the future;

j.	the physical pain Douglas Kaye has suffered in the past;

k.	the physical pain Douglas Kaye will, in all likelihood, suffer in the future;

l.	the loss of any earnings and earning capacity sustained by Douglas Kaye in the past and in the future;

m.	pre-judgment interest and post-judgment interest to the extent allowed by law;

n.	all actual damages, general and special, to which Plaintiff may be justly entitled; and

o.	such other and further relief, at law or in equity, to which Plaintiff may be justly entitled.

## VII.
## PRE-JUDGMENT INTEREST

12.	Plaintiffs hereby assert their entitlement to pre-judgment and post-judgment

interest in accordance with the applicable provisions of Texas law.



4

## VIII.
## PRE-EXISTING CONDITION

13.　　To the extent that the Defendants allege that the Plaintiff suffered from a pre-existing condition, the Plaintiff would allege and ask the Court to include an instruction to the jury which reads, substantially, as follows:

> "You are further instructed, however, that condition, which merely makes a person more susceptible to injury, does not lessen that person's right to compensation for all of their damages resulting from an injury.  In other words if a dormant or latent condition itself does not cause pain, impairment, or other damages, but that condition plus an injury brings about such pain, impairment or other damages, the injury, and not the dormant condition, is the proximate cause of the damages."

## IX.
## REQUEST FOR DISCLOSURES

14.　　Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Plaintiffs propound these Request for Disclosures on Defendants.  Please take notice that you are required to answer the Disclosures pursuant to Tex. R. Civ. P. 194 under oath and in writing within fifty (50) days from the date of service of these Disclosures.  Please also note that you are under a duty to amend and supplement your answers to the attached Disclosures pursuant to Tex. R. Civ. P. 194.

## X.
## JURY DEMAND

35.　　Plaintiffs respectfully request trial by jury.

　　　　WHEREFORE, PREMISES CONSIDERED, Plaintiff request SYNTHES (U.S.A.), L.P., be cited to appear and answer, and that upon final hearing, Plaintiff have and recover judgment against SYNTHES (U.S.A.), L.P. as follows:

　　　　　　a.　　compensatory damages for past and future medical expenses;

　　　　　　b.　　compensatory damages for mental and emotional anguish and pain in the past, present and future;

　　　　　　c.　　past and future loss of earnings and earning capacity;

　　　　　　d.　　incidental expenses;

5

e.    compensatory damages for physical pain experienced by Plaintiff in the past, present, and future;

f.    pre-judgment interest at the maximum legal rate per annum until paid;

g.    post-judgment interest at the maximum legal rate per annum until paid;

h.    such other and further relief, both general and special, at law or in equity, to which Plaintiff may show himself to be justly entitled.


Respectfully Submitted,

THE MALLIA LAW FIRM, P.C.

By: _____

Andrew E. Rubenstein
State Bar No.: 17360375
One Riverway, Suite 610
Houston, Texas 77056
Telephone: 713-224-1100
Facsimile: 713-222-7086

ATTORNEY FOR PLAINTIFFS

Z. ALI
Date _____

FILED
2005 JUN 21 PM 3: 37
CLERK DISTRICT COURT
FORT BEND COUNTY

...Hopkins, District Clerk of Fort Bend County, Texas, do hereby certify that the foregoing is a true, correct and full copy of the instrument herein set out as appears of record in the District Court of Fort Bend County, Texas. This ___ day of _August_____ 200 5

GLORY HOPKINS, DISTRICT CLERK

By _____ Deputy

SUSAN HALSTEAD

6

# THE MALLIA LAW FIRM
A PROFESSIONAL CORPORATION

MICHAEL P. MALLIA\*
ANTOY BELL

ANDY RUBENSTEIN
OF COUNSEL

\*BOARD CERTIFIED
CIVIL TRIAL LAW AND
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

TELEPHONE
(713) 224-1100

FACSIMILE
(713) 222-7086

WWW.MALLIA.COM

ONE RIVERWAY, SUITE 610
HOUSTON, TEXAS 77056



RECEIVED
AT_____M
GLORY HOPKINS, CLERK
Dist. Court, Ft. Bend Co. TX

JUN 2 1 2005

June 21, 2005

Ms. Glory Hopkins                                              *Via Hand Delivery*
Fort Bend County District Clerk
301 Jackson Street
Richmond, Texas 77469

Re:   No. ___**05-CV-14338**___; *Douglas Kaye vs. Synthes (U.S.A.), L.P.;* In the
      __400__th Judicial District Court of Fort Bend County, Texas

Dear Ms. Hopkins:

Enclosed please find Plaintiffs' Original Petition and Request for Disclosure in the above-referenced cause of action. Our check in the amount of $218.00 is enclosed to cover the filing fee, jury fee and fee to issue one citation. Once citations have been issued for the named defendant, please contact our office at 713-224-1100, and arrangements will be made to retrieve the citations.

Please file stamp the enclosed copy of each document with the date and time of filing and return same to our office via courier as confirmation of said filing.

Further, please issue citation on the following Defendant:

- Synthes (U.S.A.), L.P. by serving its registered agent Corporation Service Company d/b/a CSC- Lawyers Incorporating Service Company, 701 Brazos Street, Suite 1050, Austin, Texas 78701.

Thank you for your attention to this matter.

Best Regards,

Rachel Girdner
Legal Assistant to Andrew Rubenstein

Enclosures



**OFFICE OF**
**GLORY HOPKINS, DISTRICT CLERK**
FORT BEND COUNTY
R E C E I P T
401 JACKSON
RICHMOND, TEXAS 77469



Page 1                        1

SCT Prod Data

Receipt Number:    DCHC116282
Date:  21-JUN-2005
Cashier:    ALIZAHID

Payor:    THE LAW OFFICES OF ANDREW RUBENSTEIN

Address:

| Violation/Docket | Description | Amount |
|---|---|---|
| Case: 05-CV-143381 – DOUGLAS KAYE VS SYNTHES (USA) LP | | |
| Party: ANDREW E. RUBENSTEIN | | |
| ORIGINAL CIVIL PETITION | ADR | 10.00 |
| ORIGINAL CIVIL PETITION | AJSF | 5.00 |
| ORIGINAL CIVIL PETITION | COURTHOUSE SECURITY | 5.00 |
| ORIGINAL CIVIL PETITION | LAW LIBRARY | 30.00 |
| ORIGINAL CIVIL PETITION | RECORD MGT. PRESERVATION | 5.00 |
| ORIGINAL CIVIL PETITION | SHERIFF ARREST FEE | 5.00 |
| ORIGINAL CIVIL PETITION | STENO FEES | 15.00 |
| ORIGINAL CIVIL PETITION | STATE JUDICIAL FUND (HB2424) | 50.00 |
| ORIGINAL CIVIL PETITION | DC CIVIL FEES | 50.00 |
| ORIGINAL CIVIL PETITION | RECORD MANAGEMENT/DISTRICT C | 5.00 |
| JURY DEMAND | JURY FEES/CIVIL | 30.00 |
| | Case Total: | 210.00 |

Case: 05-CV-143381 – DOUGLAS KAYE VS SYNTHES (USA) LP
Party:
ISSUE PROCESS              ISSUE PROCESS/1                    8.00

**FILE**



OFFICE OF
GLORY HOPKINS, DISTRICT CLERK
FORT BEND COUNTY
401 JACKSON
RICHMOND, TEXAS 77469



Case Total:                8.00

-218.00

Total Fees:                218.00

Total Payment:             218.00

TAB 3

## CIVIL PROCESS REQUEST

**FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING; FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED.**

CASE NUMBER:             CURRENT COURT:

TYPE OF INSTRUMENT TO BE SERVED: ORIGINAL PETITION

**05-CV-14338**

RECEIVED AT _____ M

GLORY HOPKINS, CLERK
Dist. Court, Ft. Bend Co. TX

FILE DATE OF MOTION:        June 21, 2005

JUN 2 1 2005

SERVICE TO BE ISSUED ON (Please list exactly as the name appears in the pleading to be served):

**1.**     **NAME:**      Synthes (U.S.A.), L.P.

        **ADDRESS:**     701 Brazos Street, Suite 1050, Austin, Texas 78701.

        **AGENT:**      Corporation Service Company d/b/a CSC- Lawyers Incorporating Service Company,

TYPE OF SERVICE/PROCESS TO BE ISSUED:   SERVICE BY (check one)

☐ ATTORNEY PICK-UP             ☐ CONSTABLE

■ MAIL                     ☐ CERTIFIED MAIL

☐ CIVIL PROCESS SERVER Authorized Person to Pickup:

☐ PUBLICATION         ☐ COURTHOUSE DOOR, OR

                        ☐ NEWSPAPER OF YOUR CHOICE:

■ OTHER, explain: PLEASE CALL RACHEL WHEN CITATIONS ARE READY 713-224-1100

**2.**     **NAME:**

        **ADDRESS:**

        **AGENT:**

TYPE OF SERVICE/PROCESS TO BE ISSUED:   SERVICE BY (check one)

☐ ATTORNEY PICK-UP             ☐ CONSTABLE

☐ MAIL                     ☐ CERTIFIED MAIL

■ CIVIL PROCESS SERVER Authorized Person to Pickup:

☐ PUBLICATION         ☐ COURTHOUSE DOOR, OR

                        ☐ NEWSPAPER OF YOUR CHOICE:

■ OTHER, explain: PLEASE CALL WHEN CITATIONS ARE READY 713-224-1100

ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING
SERVICE: _____

NAME:   ANDREW E. RUBENSTEIN         Texas State Bar No.: 17360375

MAILING ADDRESS:    ONE RIVERWAY, SUITE 610, HOUSTON, TEXAS 77056

TELEPHONE NO.: 713-224-1100      FACSIMILE NO.: 713-222-7086

**SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAY PRIOR TO CANCELLATION. SERVICE REQUESTS WILL BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES AND FEES REFUNDED UPON REQUEST OR AT THE DISPOSITION OF THE CASE.**

TAB 4

**SERVICE FEE NOT COLLECTED BY DISTRICT CLERK**

**THE STATE OF TEXAS**
**CITATION**

TO:    **SYNTHES (U.S.A.) LP,**
**WHO MAY BE SERVED BY SERVING IT'S REGISTERED AGENT,**
**CORPORATION SERVICE COMPANY D/B/A**
**CSC-LAWYERS INCORPORATING SERVICE COMPANY**
**701 BRAZOS STREET, SUITE 1050**
**AUSTIN, TEXAS 78701**

**NOTICE:**

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION** filed on **21-JUN-2005**, a default judgment may be taken against you. Said answer may be filed by mailing same to : District Clerk's Office, 301 Jackson, Richmond, Texas 77469, or by bringing it to the office. Our street address is 401 Jackson Street, Suite 105. We are located on the first floor of the Courthouse building.

The case is presently pending before the **400TH** District Court of Fort Bend County sitting in Richmond, Texas, and was filed on **21-JUN-2005**. It bears cause number **05-CV-143381** and is styled:

**DOUGLAS KAYE**
**VS.**
**SYNTHES(U.S.A.), L.P.**

The name and address of the attorney for **DOUGLAS KAYE** is:

**ANDREW E. RUBENSTEIN,**
**ATTORNEY AT LAW,**
**ONE RIVERWAY, SUITE 610,**
**HOUSTON, TX 77056**

The nature of the demands of said **DOUGLAS KAYE** is shown by a true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION** accompanying this citation and made a part hereof.

If this Citation is not served, it shall be returned unserved. Issued under my hand and seal of said Court at Richmond, Texas, **22-JUN-2005.**

DISTRICT CLERK GLORY HOPKINS
Fort Bend County, Texas

By: _Rosalinda Salinas_
Deputy District Clerk **ROSALINDA SALINAS**

GCIT
Revised:
2001/03

**ORIGINAL**

05-GCIT-037910

ENTERED
Date AUG 4 2005

CTH: 7/18/05 @ 12 PM

## CAUSE NO. 05-CV-143381

### DOUGLAS KAYE
### VS.
### SYNTHES (U.S.A.), L.P.

## RETURN

Came to hand:   7 / 18 /2005, at 12:00 o'clock P .M.

☑ Citation
☑ Petition
☑ Jury Demand
☑ Request for Disclosure

Executed on:   7 / 18 /2005, at 12:20 o'clock P .M.

Executed at 701 BRAZOS STREET, SUITE 1050, AUSTIN, TEXAS 78701 , within the County of TRAVIS  by delivering to SYNTHES (U.S.A.), L.P., by delivering to its registered agent, CORPORATION SERVICE COMPANY d/b/a CSC-LAWYERS INCORPORATING SERVICE COMPANY, by delivering to its authorized agent, CONNIE HARRIS , in person, a true copy of the above specified civil process having first endorsed on such copy the date of delivery.

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit.

*Jerry Meller*
Authorized Person: JERRY MELBER SCH874
c/o EDWARD MICHAEL INVESTIGATIONS

STATE OF TEXAS     }

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct. Given under my hand and seal of office on this the 19TH day of JULY , 2005.

DANA L. MCMICHAEL
Notary Public, State of Texas
My Commission Expires
April 23, 2008

Notary Public Signature

**Glory Hopkins**
**Fort Bend County District Clerk**
**301 Jackson**
**Richmond, Texas 77469**
**281-344-3953**

**22-JUN-2005**

TO:    **ANDREW E. RUBENSTEIN**
       **ATTORNEY AT LAW**
       **ONE RIVERWAY, SUITE 610**
       **HOUSTON, TX 77056**

*******************************************************************************************************

Re:    Cause No. **05-CV-143381**
       **400TH JUDICIAL DISTRICT COURT**

**DOUGLAS KAYE**
**VS.**
**SYNTHES(U.S.A.) L.P.**

Dear **ANDREW E. RUBENSTEIN:**

Please find enclosed the following:

**(1) CITATION ISSUED TO SYNTHES (U.S.A.), L.P. FORWARDED TO YOUR OFFICE FOR
FURTHER HANDLING.  THANK YOU.**



DISTRICT CLERK GLORY HOPKINS
Fort Bend County, Texas

By: _Rosalinda Salinas_
Deputy District Clerk **ROSALINDA SALINAS**

**FILE**


ENTERED
R. Sallenne
Date: JUN 2 2 2005

TAB 5

# DOCKET

CAUSE NO. 05-CV-143381

| COURT NO. | STYLE OF CASE | ATTORNEYS | TYPE OF ACTION | DATE OF FILING | | |
|---|---|---|---|---|---|---|
| | | | | DAY | MONTH | YEAR |
| **400TH** | DOUGLAS KAYE VS. SYNTHES(U.S.A.), L.P. | ANDREW E. RUBENSTEIN ATTORNEY AT LAW ONE RIVERWAY, SUITE 610 HOUSTON, TX 77056 | OTHER/PERSONAL DAMAGE | 21-JUN-2005 | | |

STENOGRAPHER USED?

| YES | NO |
|---|---|

| DATE OF ORDERS | ORDERS OF COURT | JURY FEE | PAID BY |
|---|---|---|---|

I, Glory Hopkins, District Clerk of Fort Bend County, Texas, do hereby certify that the foregoing is a true, correct and full copy of the instrument herein set out as appears of record in the District Court of Fort Bend County, Texas.

This ____ day of _____ 2001

GLORY HOPKINS, DISTRICT CLERK

~~SUSAN HALSTEAD~~

TAB 6

# LIVINGSTON & LIVINGSTON

A TEXAS L.L.C.

ATTORNEYS AT LAW



1770 ST. JAMES PLACE, SUITE 100
HOUSTON, TX 77056-3405

DEANNA H. LIVINGSTON

BOARD CERTIFIED-PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

TELEPHONE (713) 783-6919
FACSIMILE (713) 862-9587

August 5, 2005



RECEIVED
AT                              M
GLORY HOPKINS, CLERK
Dist. Court. Ft. Bend Co. TX

AUG 0 8 2005

Ms. Glory Hopkins
Fort Bend County District Clerk
301 Jackson
Richmond, TX 77469

Re:   Cause No. 05-CV-143381; *Douglas Kaye v.* Synthes (USA) LP; In the 400th
      Judicial District Court of Fort Bend County, Texas

Dear Ms. Hopkins:

Enclosed is the original and one copy of the following for filing in your usual and customary
manner:

•   DEFENDANT'S ORIGINAL ANSWER

Please file stamp the extra copy and return to me in the enclosed, self-addressed, stamped
envelope. All counsel of record have been notified of this filing.

Very truly yours,

Deanna H. Livingston

DHL/tnh
Enclosures

# LIVINGSTON & LIVINGSTON
A TEXAS L.L.C.

Ms. Glory Hopkins
August 5, 2005
Page 2

cc:    Andrew E. Rubenstein         *Via CMRRR# 7004 1160 0002 8465 3223*
        The Mallia Law Firm, P.C.       *and Regular Mail*
        One Riverway, Suite 610
        Houston, TX 77056



**Cause No. 05-CV-143381**

| | | |
|---|---|---|
| **DOUGLAS KAYE** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **vs.** | § | **FORT BEND  COUNTY, T E X A S** |
| | § | |
| **SYNTHES (USA) LP** | § | **400TH JUDICIAL DISTRICT** |

**DEFENDANT SYNTHES (USA) LP's  ORIGINAL ANSWER**

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Synthes (USA) LP (incorrectly named as "Synthes (U.S.A.), L.P.") Defendant in the above-entitled and numbered cause and file this its Original Answer to Plaintiff's Original Petition and would respectfully show unto the court as follows:

**I.**

In accordance with Rule 92 of the Texas Rules of Civil Procedure, Defendant Synthes (USA) LP, asserts herein its general denial to each and every allegation contained in Plaintiff's Original Petition and respectfully requests that the Court and the Jury require the Plaintiff to prove his charges, assertions and allegations by a preponderance of the credible evidence as is required by the Constitution and laws of the State of Texas.

**II.**

Pleading further, Synthes (USA) LP, asserts that it is not liable to the Plaintiffs in the name in which it has been sued (Synthes (U.S.A.), L.P.), and that there is a defect in the parties as follows: Defendant, Synthes (USA) LP, asserts it is a Delaware partnership involved in business activities unrelated to the field of medicine and that it did not manufacture or market any orthopedic medical devices.  The proper party to this suit is Synthes (U.S.A.), a Pennsylvania partnership.

*Page 1 of 3*

### III.

In the event it is held that Plaintiff has any claims against any Synthes entity on a theory of failure to warn or failure to disclose, Defendants Synthes (USA) LP, specifically and affirmatively alleges the "learned intermediary" or "informed intermediary" doctrine as an affirmative defense and states that at all times, all necessary information was transmitted to and/or within the knowledge of learned intermediaries who were in contact with Plaintiff and bear the legal responsibility of any duty to warn.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays that upon final trial and hearing it have judgment according to the law and the facts as determined by this Honorable Court; that Defendant recover its costs of Court herein expended and that Defendant have such other and further relief, both general and special, legal and equitable, to which it may show itself justly entitled.

Respectfully submitted,

LIVINGSTON & LIVINGSTON, A TEXAS L.L.C.

Deanna H. Livingston
Bar Card No. 12437800
1770 St. James Place, Suite 100
Houston, Texas  77056-3405
(713) 783-6919
(713) 862-9587 - Fax

ATTORNEYS FOR DEFENDANT,
SYNTHES (USA)  LP

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing pleading was duly served upon all parties or their counsel of record by messenger, facsimile, or by placing same in the United States Mail, postage prepaid, properly addressed to the counsel of record, on this the ____ day of August 2005.

Andrew E. Rubenstein
The Mallia Law Firm, P.C.
One Riverway, Suite 610
Houston, TX 77056

*Via CMRRR# 7004 1160 0002 8465 3223
and Regular Mail*

DEANNA H. LIVINGSTON

# ATTORNEY LIST

**Attorneys for Plaintiff Douglas Kaye:**

> Andrew E.  Rubenstein
> State Bar No.: 17360375
> The Mallia Law Firm, P.C.
> One Riverway, Suite 610
> Houston, TX 77056
> (713) 224-1100
> (713) 222-7086 - Fax

**Attorney for Defendants Synthes (USA) LP:**

> Deanna H. Livingston
> State Bar No.: 12437800
> Livingston & Livingston L.L.C.
> 1770 St.  Place, Suite 100
> Houston, Texas 77056-3405
> (713) 783-6919
> (713) 862-9587 - Fax

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

**H • 05 - 2809**

~~United States Courts~~
~~Southern District of Texas~~
~~FILED~~

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

AUG 1 2 2005

Michael N. Milby, Clerk of Court

## I. (a) PLAINTIFFS
Douglas Kaye

**(b)** County of Residence of First Listed Plaintiff   FORT BEND
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number) (713) 224-1100
ANDREW E. RUBENSTEIN (713) 222-9086 Fax
THE MALLIA LAW FIRM, PC
ONE RIVERWAY, SUITE 610 HOUSTON, TX 77056

## DEFENDANTS
Synthes (USA) LP

County of Residence of First Listed Defendant   CHESTER
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)   DEANNA H. LIVINGSTON
LIVINGSTON & LIVINGSTON, LLC
1770 St. James Place, Suite 100
Houston, TX 77056
(713)783-6919   (713)862-9531(F)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☒ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

### PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence
**Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

### FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
USC 1441(b), 1446 and 1332
Brief description of cause:
SUIT REGARDING NEGLIGENCE, PRODUCT LIABILITY AND DAMAGES.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint.
JURY DEMAND: ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE                DOCKET NUMBER

DATE  August 12, 2005

SIGNATURE OF ATTORNEY OF RECORD   Deanna H. Livingston

**UNITED STATES COURTS**
**SOUTHERN DISTRICT OF TEXAS**
**FILED**

AUG 1 2 2005

### FOR OFFICE USE ONLY
RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

MICHAEL N. MILBY, CLERK OF COURT